UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA PADILLA,<br><br>    Plaintiff,<br><br>v.<br><br>PRATT RETAIL SPECIALTIES,<br><br>    Defendant. | No. 2:25-cv-03395-DC-SCR<br><br>ORDER SUBMITTING PLAINTIFF'S CLAIMS TO ARBITRATION AND STAYING ACTION PURSUANT TO THE PARTIES' STIPULATION<br><br>(Doc. No. 9) |

On December 11, 2025, the parties filed a stipulation notifying the court they have agreed to submit all of Plaintiff's claims brought in this action to arbitration pursuant to an arbitration agreement signed by the parties. (Doc. No. 9.) The parties further stipulate to stay this action pending completion of that arbitration. (*Id.* at 2.)

Pursuant to that stipulation, and good cause appearing, the court orders as follows:

1. Plaintiff's claims brought in this action are hereby submitted to arbitration pursuant to the parties' arbitration agreement;

2. Proceedings in this case are STAYED pending completion of the arbitration of Plaintiff's claims;

3. The current deadline of February 17, 2026 for the parties to file a joint status report regarding scheduling is hereby VACATED, to be reset by the court after the stay is lifted;

1

1    4.    The parties shall file a joint status report regarding the status of the arbitration within 180 days from the date of entry of this order, and every 60 days thereafter, until the arbitration proceedings are completed; and

5.    The parties shall file a joint status report to notify the court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated: **December 22, 2025**

_____
Dena Coggins
United States District Judge

2